UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.   CASE NUMBER: 8:03-cr-33-T-26TBM

KEVIN SWILLEY
_____/

ORDER REVOKING SUPERVISED RELEASE
AND
JUDGMENT AND COMMITMENT

Pursuant to notice, a Final Revocation of Supervised Release hearing was held in open court on August 4, 2006. The defendant appeared with counsel, Laurel Moore. Also present was the Probation Officer and Assistant United States Attorney W. Stephen Muldrow.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violation of supervised release. The Court, therefore, **FINDS** that the defendant has substantially and materiably violated the terms and conditions of his supervised release and that there is just cause for revocation of defendant's supervised release. It is, therefore,

**ORDERED AND ADJUDGED:**

1. The Judgment of Supervised Release entered herein on May 23, 2003, in the United States District Court, Middle District of Florida, as to the above-named defendant is hereby REVOKED.

2. The defendant, KEVIN SWILLEY, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **SEVEN (7) MONTHS.**

Page Two

    3.    This Court recommends the Marianna, Florida facility.

DONE AND ORDERED, At Tampa, Florida, this <u>4th</u> day of August 2006.

                                              RICHARD A. LAZZARA
                                              United States District Judge

cc:    U.S. Attorney - W. Stephen Muldrow
       Defense Counsel - Laurel Moore
       Defendant - c/o Counsel
       U.S. Marshal
       U.S. Bureau of Prisons
       U.S. Probation